**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GOTHAM CITY ENTERPRISES, LLC, and STARLING CITY ENTERPRISES, LLC, | No. 4:25-CV-01725 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| ABUNDANCE WEALTH COUNSELORS, LLC and RICHARD F. DEFLURI, | |
| Defendants. | |

## ORDER

**MARCH 6, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Abundance Wealth Counselors, LLC, and Richard F. DeFluri Motion to Dismiss, Doc. 10, is **GRANTED** as to Plaintiffs' Counts II and IV concerning Abundance Wealth Counselors, LLC only, and **DENIED** as to Plaintiffs' Counts I, III, and V. The Plaintiffs may file an amended complaint within twenty-one (21) days of the date of this Order, should they care to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge